WEINBERG, ROGER & ROSENFELD

Ashley K. Ikeda  2955-0
Lori K. Aquino    3815-0
Alii Place, Suite 1602
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
aikeda@unioncounsel.net
laquino@unioncounsel.net

Attorneys for Plaintiffs
**TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **OPERATING ENGINEERS' TRUST FUNDS** (Pension Trust Fund and Pensioned Health and Welfare Trust Fund by its Trustees, Ken Walters, Robert Clark, Gil Crosthwaite, Robert Doud, Thomas Holsman, Edwin Hulihee, Richard Piombo, Leo Ruth, Rene J. Vercruyssen, Don Doser, John Bonilla, Harold K. Lewis, T. Robert Miller, Tom Stapleton, Frank Herrera and Robert Wise; Hawaii Health and Welfare Trust Fund for Operating Engineers by its Trustees, Lance Inouye, Rodney Nohara, Kathleen Thurston, Don Doser, John Bonilla and Harold K. Lewis; Hawaii Operating Engineers Annuity Trust Fund by its Trustees, David C. Hulihee, Glenn Nohara, Stanley Osada, Don Doser, John Bonilla and Harold K. Lewis; Operating Engineers and Participating Employers Pre-Apprentice, | CIVIL NO. 00-00171 SPK LEK<br><br>SATISFACTION OF DEFAULT JUDGMENT BY CLERK |

Apprentice and Journeyman Affirmative )
Action Training Fund for Hawaii by its )
Trustees, Edwin Hulihee, Gilbert Ho, )
Stanley Osada, Don Doser, John Bonilla )
and Harold K. Lewis; Hawaii Industry )
Stabilization Trust Fund by its Trustees, )
Wilfred Nakakura, Marvin Koga, )
Ronald Oshiro, Don Doser, John )
Bonilla, and Harold K. Lewis; )
Operating Engineers' Vacation and )
Holiday Pay Plan by and under its Fund )
Manager, Associated Third Party )
Administrator), )
                Plaintiffs, )
                 )
vs. )
                 )
PROPAC HAWAII, INC., a Hawaii )
corporation, and KEVIN J. Y. )
UNEMORI, individually, )
                 )
                Defendants. )

## SATISFACTION OF DEFAULT JUDGMENT BY CLERK

Come now Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS, by and through their attorneys, WEINBERG, ROGER & ROSENELD, and hereby release the Default Judgment By Clerk entered herein on April 10, 2000, and recorded in the Bureau of Conveyances, State of Hawaii on May 8, 2000 as Document No. 2000-062515.

This Satisfaction Of Default Judgment By Clerk affects and discharges the Default Judgment By Clerk entered herein on April 10, 2000, and

recorded in the Bureau of Conveyances, State of Hawaii on May 8, 2000 as Document No. 2000-062515.

DATED: Honolulu, Hawaii, January 9, 2007.

APPROVED AND SO ORDERED:

*/s/ Kevin S. C. Chang*
UNITED STATES MAGISTRATE JUDGE

WEINBERG, ROGER & ROSENFELD

By */s/*
ASHLEY K. IKEDA
LORI K. AQUINO
Attorneys for Plaintiffs
TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS

---

OPERATING ENGINEERS' TRUST FUNDS, ETC., Plaintiffs, vs. PROPAC HAWAII, INC., a Hawaii corporation; and KEVIN J. Y. UNEMORI, individually, Defendants, U.S.D.C., D. Haw., Civ. No. 01-00171 SPK LEK; SATISFACTION OF DEFAULT JUDGMENT BY CLERK